UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES SMITH,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 13-CR-0889 (RMB)<br><br>20-CV-6844 (RMB)<br><br>ORDER |

       The Court respectfully directs the defense (Rita Glavin, Avraham Moskowitz, and David Driscoll) to file a response to the instant petition, as amended on August 31, 2022, on or before March 9, 2023.

Dated: February 23, 2023
       New York, New York

                                              **RICHARD M. BERMAN, U.S.D.J.**